# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| ANTONIA L. SPEARMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No.  3:15-cv-00671 |
| | ) | Judge Trauger |
| METROPOLITAN NASHVILLE | ) | |
| PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On September 15, 2015, the magistrate judge issued a Report and Recommendation (Docket No. 12), to which the pro se plaintiff filed a timely Objection (Docket No. 15).  The Report and Recommendation recommended that the defendant's Motion to Dismiss be granted.

When a magistrate judge issues a report and recommendation regarding a dispositive pretrial matter, the district court must review *de novo* any portion of the report and recommendation to which a specific objection is made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1)(C).  *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001); *Massey v. City of Ferndale*, 7 F.3d 506, 510 (6th Cir. 1993).  Objections must be specific; an objection to the report in general is not sufficient and will result in waiver of further review.  See *Miller v. Currie*, 50 F.3d 373, 380 (6th Cir. 1995).

The plaintiff never responded to the defendant's Motion to Dismiss, and her Objection asserts that she "paid $400.00 for help  from the United States District Court for the Middle District of Tennessee's Nashville Division because I lack knowledge in this specific area of the law." (Docket No. 15 at 2).  In fact, the plaintiff simply paid the required filing fee, which does not include with it any "help" furnished by the court or its personnel to a litigant who chooses to

file a lawsuit without the assistance of a lawyer. Moreover, the Objection constitutes a general objection that does not take issue with the well-reasoned opinion of the magistrate judge.

For these reasons, the plaintiff's Objection is OVERRULED. The Report and Recommendation is ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the Motion to Dismiss filed by the defendant (Docket No. 11) is GRANTED, and this case is DISMISSED.

It is so **ORDERED.**

Enter this 2nd day of February 2016.

_____
ALETA A. TRAUGER
U.S. District Judge